**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHRIS WILLING,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>              Defendant. | Case No. 2:22-cv-00795-CDS-VCF<br><br>**ORDER**<br><br>MOTION TO CHALLENGE SENATE BILL NO. 182 [ECF No. 1] |

Pro se plaintiff Chris Willing's initiating documents in this case include a motion to challenge Senate Bill 182, a notice to the Court about his motion, and his payment of the filing fee. ECF Nos. 1, 1-1, and 1-2. Plaintiff cannot initiate a lawsuit with a motion alone. Under Federal Rule of Civil Procedure 3, a "civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. I order the plaintiff to file a complaint on the Court's approved form.

Accordingly,

I ORDER that plaintiff must file a complaint on the Court's approved form by Monday, August 1, 2022

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues

waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 1st day of July 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE