Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JUL 18 2022

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of
Division

Christopher J Willing
6390 Surrey Pahrump
NV 89048

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

STATE OF NEVADA et al.
Legislative bunses Buircll
Legal Division et al
Legislature of the State of Nevada etal
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:22-CV-00795-CDS-VCF
*(to be filled in by the Clerk's Office)*

1st Amendment Complaint
CIVIL RIGHTS Complaint
Jury Trial: *(check one)* ☐ Yes ☒ No
42 USC § 1983
USC 1343 (a)(3) Petitionte Challeys
Senate Bill #82 Copyitle on Finance
Chapter 304, Enock Federal Precedent
Rule 51 51/9) USC(2403 Certify
Process and LoDavis Rule.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Jones Willing
Address: 1390
Pahrump, NV 89048
City / State / Zip Code

County: NYE
Telephone Number: 1775-4108354
E-Mail Address: CMWillingLLC@Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: STATE OF NEVADA
Job or Title (if known):
Address:
Pahrump, NV 89048
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: STATE OF NEVADA
Job or Title (if known):
Address:
Las Vegas, NV 89048
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   *City*         *State*        *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   *City*         *State*        *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Du-e process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## CLAIM 1

The following civil rights have been violated: The 14th US Amendment Procedural Due Process of law, The NEVADA Constitution Seperation of Powers Act #3 6,1 Nev Const 6, 11

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Petitioner Claims That on or About 12-10-2020 and 4/14/2014 The Act Establishing a Permanent Commission for Revision Compilation, Violated The #1 US Constitutions Seperation of Powers Act #2 The Nevada Constitions Seperation of Power 3,1 #3 Nevada's Constitution 6,11 as The Commission was Compossed of Three Members And The Said Members shall Be Three Justice's of The Nev. Supreme Court. Which Violates Nev Const 6|11 Nev 3,1 This Commitee on Finance Chapter 304 Senate Bill # 182 Violates The State officals Dual Employment Act And Deprived Plaintiff of Procedural Due Process of law FROM 1951 until Present Date". Plaintiff Now Directs The Courts To His "Prohibitory Injunction" And Challenge To The unconstitutional Enactment of Senate Bill # 182   4 B

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

loos of personal Liberties
loss of income
los of person and career groth

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Vacate Sentence All   Cos # CR 7539
                        Case # CR74474
2. Prvoling wage  Time serv EXC. on thes Exs

_[signature]_   7-5-2022

# NOTIFICATION ~~of CHALLENGE~~



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 19 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Christopher Willing<br>petitioner<br><br>vs.<br><br>State of Nevada<br>Respondent | Case No.<br>MOTION TO CHALLENGE SENATE BILL NO. 182, UNDER FEDERAL PROCEDURAL RULE 5.1 28 USC § 2403 CERTIFY AND 60 DAY PERIOD INTERVENE ____ |

2:22-cv-00795-CDS-VCF

This is a direct challenge of senate Bill 182, Senate Bill No. 182, is facially defective. The three supreme court judge usurped a committee and acted in a legislative capacity revision and compilation of laws, violating Art. 3 § 1 and Art. 6 § 11, violating cannon, judicial code of conduct 3.4 and these acts violate procedural due process clause, substantive DUE PROCESS clause and equal protection clause. The "FACT" that the usurption of three Nevada supreme court on a committee any legislative acts derived by the usurpt committee such as licenses, contracts voting documents like candidacy application for the attorney general are null and VOID. The "fact" that the attorney general has known and staff, make the attorney general in Nevada a Bias entity, and the motion to challenge should be forwarded to the U.S. ATTORNEY GENERAL to be answered!

signed _____
date 4-26-2022

Chris Willing
6390 S Surrey
Pahrump, NV 89048

# IN THE 5th JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF NYE

| | |
|---|---|
| Christopher Willing | CASE 2:22-cv-00795-CDS-VCF |
| Petitioner | Dep: |
| vs. | MOTION TO CHALLENGE SENATE BILL |
| State of Nevada | NO. 182 UNDER FEDERAL PROCEDURE |
| Respondent | RULE 5.1-28 USC § 2403 CERTIFY AND |
| | 60 DAY PERIOD INTERVENE RULE |

Petitioner Christopher Willing proke Motion challenging A Unconstitutional Facially Defective act senate Bill 182 Under Federal Procedure Rule 5.1.

SENATE BILL NO. 182—COMMITTEE ON FINANCE

MARCH 9, 1951

AN ACT establishing a permanent commission for the revision, compilation, annotation, and publishing of the laws of the State of Nevada and certain laws of the United States; prescribing certain duties of a temporary nature; prescribing certain duties of a permanent nature; making an appropriation therefor, and other matters properly connected therewith.

*The People of the State of Nevada, represented in Senate and Assembly, do enact as follows:*

SECTION 1. There is hereby created a commission of the State of Nevada, to be known as the "commission for revision and compilation of Nevada laws," hereinafter referred to as the commission. Such commission shall be composed of three members, and said members shall be the three justices of the supreme court. The members of such commission shall have the powers and duties prescribed by this act, and shall each receive such salary for their services as shall be prescribed by this act, and subsequent enactments.

| CODE OF JUDICIAL CONDUCT | Canon 3 |
|---|---|

[1] Rule 3.4 implicitly acknowledges the value of judges accepting appointments to entities that concern the law, the legal system, or the administration of justice. Even in such instances, however, a judge should assess the appropriateness of accepting an appointment, paying particular attention to the subject matter of the appointment and the availability and allocation of judicial resources, including the judge's time commitments, and giving due regard to the requirements of the independence and impartiality of the judiciary.

Constitutional mandates, Art 3 § 1 and 6 § 11 and Cannon 3-4 Appointment to governmental positions were violated by S.B. No. 182, the mandated Constitutional Doctrine, To not have judges doing legislative act like revision and compilation of laws. Any work by the committee on finance, members, Eather, Budt and Merrill is to be treated as though it never existed! See Supreme Court judge Eathers opinion Bible vs. Malone. Nevada Supreme Court No. 3146 May 18 1951 Pg. 2 opinion By Eather.

Opinion by:           EATHER

An unconstitutional law cannot create an office. There can be no officer, either de jure or de facto, if there be no office to fill; that an office attempted to be created by an unconstitutional law has no legal existence, is without any validity, and that any person attempting to fill such a pretended office, whether by appointment or otherwise, is a usurper, whose acts would be absolutely null and void, and could be questioned by any private suitor, in any kind of an action or proceeding. It would be a misnomer of terms to call a person an 'officer' who holds no office. A public office cannot exist without authority of law. An office cannot be created by an unconstitutional act, for such an act is no law. It confers no rights, imposes no duties, affords no protection, furnishes no shield, and gives no authority. It is in legal contemplation to be regarded as never having been possessed of any legal force or effect, and is always to be treated as though it never existed.

## US. SUPREME COURT OPINION ON FACIALLY DEFECTIVE ACTS

(opinion of Justice Stevens, joined by Justices Souter and Ginsburg). A law that is found to be facially invalid is, for practical purposes, removed from the books and can no longer be enforced against anyone. By contrast, a law that operates unconstitutionally in only some settings will not usually be facially invalidated; it must instead be challenged as applied, by those against whom its enforcement is unconstitutional. If the law is struck down as applied, it may still be enforced in other settings unless other as-applied challenges further limit its enforcement.

Judges Eather, Badt and Merrell were the Committee members, Compilation of Laws and revision of Laws, both legislative acts violating article 3 § 1 Distribution of power and 6 § 11 justices and judges ineligible for other offices and violating the code of Judicial conduct Rule 3.4

## The Constitution of the State of Nevada

### Article 3 Distribution of Powers

The doctrine of separation of powers is fundamental to our system of government. *Galloway v. Truesdell*, 83 Nev. 13, 422 P.2d 237 (1967). The judicial department may not invade the legislative and executive province. *State v. District Court*, 85 Nev. 485, 457 P.2d 217 (1969). Neither may the legislative and executive branches of government exercise powers properly belonging to the judicial department. *Graves v. State*, 82 Nev. 137, 413 P.2d 503 (1966). Out of deference to the doctrine of separation of powers, the Legislature specifically excluded members of the judiciary from the Ethics in Government Law. Such exclusion was constitutionally mandated. *In re Kading*, 235 N.W.2d 409 (Wis. 1975).

### Article 6 Judicial Department

11. Justices and judges ineligible for other offices.

➤ The justices of the Supreme Court, the judges of the court of appeals and the district judges are ineligible to any office, other than a judicial office, during the term for which they have been elected or appointed. All elections or appointments of any such judges by the people, Legislature or otherwise during said period to any office other than judicial are void.

Canon 3          CODE OF JUDICIAL CONDUCT

Rule 3.4. Appointments to Governmental Positions. A judge shall not accept appointment to a governmental committee, board, commission, or other governmental position, unless it is one that concerns the law, the legal system, or the administration of justice.

 Gmail

Christopher Willing <imwillingllc@gmail.com>

---

## Notification Challenge for Christopher Willing
1 message

**Christopher Willing** <imwillingllc@gmail.com>  
To: usdcfiling@ag.nv.gov

Tue, May 17, 2022 at 2:27 PM

Please see attached documents.

Thank you.  
Chris Willing

📎 **2022 AG Notification for Chrisopher Willing.pdf**  
17994K

CODE OF JUDICIAL CONDUCT        Canon 3

[1] Rule 3.4 implicitly acknowledges the value of judges accepting appointments to entities that concern the law, the legal system, or the administration of justice. Even in such instances, however, a judge should assess the appropriateness of accepting an appointment, paying particular attention to the subject matter of the appointment and the availability and allocation of judicial resources, including the judge's time commitments, and giving due regard to the requirements of the independence and impartiality of the judiciary.

Constitutional mandates, Art 3 § 1 and 6 § 11 and Cannon 3-4 appointment to governmental positions were violated by S.B. No. 182 the mandated Constitutional Doctrine, To not have judges doing legislative act like revision and compilation of laws. Any work by the committee on finance, members, Eather, Badt and Merrill is to be treated as though it never existed! See: Supreme Court judge Eathers opinion Bible vs. Malone. Nevada Supreme Court No: 3146 May 18 1951 Pg. 2 opinion by Eather.

Opinion by:        EATHER

An unconstitutional law cannot create an office. There can be no officer, either de jure or de facto, if there be no office to fill; that an office attempted to be created by an unconstitutional law has no legal existence, is without any validity, and that any person attempting to fill such a pretended office, whether by appointment or otherwise, is a usurper, whose acts would be absolutely null and void, and could be questioned by any private suitor, in any kind of an action or proceeding. It would be a misnomer of terms to call a person an 'officer' who holds no office. A public office cannot exist without authority of law. An office cannot be created by an unconstitutional act, for such an act is no law. It confers no rights, imposes no duties, affords no protection, furnishes no shield, and gives no authority. It is in legal contemplation to be regarded as never having been possessed of any legal force or effect, and is always to be treated as though it never existed.

US SUPREME COURT OPINION ON FACIALLY DEFECTIVE ACTS

(opinion of Justice Stevens, joined by Justices Souter and Ginsburg). A law that is found to be facially invalid is, for practical purposes, removed from the books and can no longer be enforced against anyone. By contrast, a law that operates unconstitutionally in only some settings will not usually be facially invalidated; it must instead be challenged as applied, by those against whom its enforcement is unconstitutional. If the law is struck down as applied, it may still be enforced in other settings unless other as-applied challenges further limit its enforcement.

Judges Eather, Badt and Merrell were the Committee members, Compilation of Laws and revision of laws, both legislative acts violating article 3 § 1 Distribution of power and 6 § 11 justices and judges ineligible for other offices and violating the code of Judicial conduct rule 3.4

### The Constitution of the State of Nevada

#### Article 3 Distribution of Powers

The doctrine of separation of powers is fundamental to our system of government. *Galloway v. Truesdell*, 83 Nev. 13, 422 P.2d 237 (1967). The judicial department may not invade the legislative and executive province. *State v. District Court*, 85 Nev. 485, 457 P.2d 217 (1969). Neither may the legislative and executive branches of government exercise powers properly belonging to the judicial department. *Graves v. State*, 82 Nev. 137, 413 P.2d 503 (1966). Out of deference to the doctrine of separation of powers, the Legislature specifically excluded members of the judiciary from the Ethics in Government Law. Such exclusion was constitutionally mandated. *In re Kading*, 235 N.W.2d 409 (Wis. 1975).

#### Article 6 Judicial Department

11. Justices and judges ineligible for other offices.

➤ The justices of the Supreme Court, the judges of the court of appeals and the district judges are ineligible to any office, other than a judicial office, during the term for which they have been elected or appointed. All elections or appointments of any such judges by the people, Legislature or otherwise during said period to any office other than judicial are void.

Canon 3    CODE OF JUDICIAL CONDUCT

Rule 3.4. Appointments to Governmental Positions. A judge shall not accept appointment to a governmental committee, board, commission, or other governmental position, unless it is one that concerns the law, the legal system, or the administration of justice.

### The Basic Fundamental Rights Model
In contrast to Griswold, where Justice Douglas's opinion for the Court struck down a Connecticut law under what amounted to a per se rule of invalidity, the Court typically employs a more subtle approach in fundamental rights due process cases. That basic approach consists of five steps or inquiries.

1. Is the interest in question one that qualifies as a protected liberty under the Due Process Clause?

Because of the facially defective Act S.B 182. The committee revised and compiled DEFECTIVE INSTRUMENT: Licenses and contracts Gambling Licenses, Voting Ballets, Notary licenses, Lawyer licenses, charging documents, Judgement of convictions to my case # CR 7539 Violating article 1 & 10 of the constitution provides No state shall pass any laws impairing obligations of Contracts. Liberty intrest, protected by DUE PROCESS CLAUSE, was violated.

2. Is the protected liberty one that is deemed to be fundamental?

All authoritys offices Voting Document are defective Instruments. All Nevada Citizen were given Invalid Ballet's all candidates Never regestered, an valid instruments. My Judge on case no: CR 3474 was never voted for. Nevada violated the Federal Voting Act and the Fundamental Due Process clause.

3. Does the challenged law interfere with the fundamental liberty in a serious enough way to impinge on or unduly burden that liberty, thereby triggering strict scrutiny?

S.B 182 impinge on every aspect of Nevada Voting Ballet, licensing for everything, contract and licenses in Nevada all authoritys U.S Senator U.S. Congress of Nevada Governor, Attorney General and and Secretary of state are USURPERS and hold no authority to the Nevada constitution and is a "unduly Burden same," to my liberty case No: CR 7539 and should, "trigger strict scrutiny".

4. If a fundamental liberty has been impinged on or unduly burdened, does the law substantially further a compelling governmental interest?

S.B 182 Violates all intrest in Nevada its committee inacted Defective instruments, Not just Judicial contracts, licenses, like Notary, Lawyers, Banking, liquor every licenses, every contract, every Judgement of conviction my Case No's CR 3474

5. Has the government chosen the least burdensome means of achieving its compelling interest?

Because of S.B 182 all three Branches of Government should be held to strict scrutiny all three Branches are violating procedural Due process clause and were put on notice see exhibit "NVvoterfraud.com" in the web site there is a video

CODE OF JUDICIAL CONDUCT

Rule 1.1. Compliance With the Law.

Rule 2.11. Disqualification.

Rule 2.15. Responding to Judicial and Lawyer Misconduct.

Rule 3.4. Appointment of Government

## NEVADA PROCEDURAL VIOLATIONS

1.- Procedural Default Doctrine.
2.- Procedural Due Process clause.
3.- Substantive Due Process clause.
4.- Equal protection clause.

## DEFECTIVE VOTING INSTRUMENT

NRS 293.268 Order of listing offices, candidates and questions on ballots. The offices for which there are candidates, the names of the candidates therefor, and the questions to be voted upon must be printed on ballots in the following order:
1. President and Vice President of the United States.
2. United States Senator and Representative in Congress, in that sequence.
3. Governor, Lieutenant Governor, Secretary of State, Treasurer, Controller and Attorney General, in that sequence.
4. State Senators and members of the Assembly.
5. County and township partisan offices.
6. Statewide nonpartisan offices.
7. District nonpartisan offices.
8. County nonpartisan offices.
9. City offices:
(a) Mayor;
(b) Council members according to ward in numerical order, if no wards, in alphabetical order; and
(c) Municipal judges.
10. Township nonpartisan offices.
11. Questions presented to the voters of the State with advisory questions listed in consecutive order after any other questions presented to the voters of the State.
12. Questions presented only to the voters of a special district or political subdivision of the State with advisory questions listed in consecutive order after any other questions presented only to the voters of a special district or political subdivision of the State.
(Added to NRS by 1961, 296; A 1975, 939; 1979, 131; 1987, 339; 1993, 2180; 2003, 3193)

## QUESTION OF LAW

Because Nevada Senate Bill No. 182 violates US and Nevada constitution and cannon laws, case laws, voting laws and civil right laws, 6th, 9th, 12th, 13th, 14th amendments can?

and notification to state and Federal authoritys Notification of voter fraud, Judicial Fraud Usorption of valid state and Federal Seats. This should be A D.O.J and U.S. Attorney General investigation "Trigger" "Strict scrutiny"

## AUTHORITIES

THE STATE OF NEVADA, on the Relation of ALAN BIBLE, Attorney General of Said State, Relator,
v. CLEM MALONE, Respondent
Supreme Court of Nevada
68 Nev. 32; 231 P.2d 599; 1951 Nev. LEXIS 87
No. 3646
May 18, 1951

| | |
|---|---|
| | Pope v. Phifer, 3 Heiskell, 691. |
| 118 U.S. 425 (1886) | Claiborne County v. Brooks, 111 U.S. 400, 410. |
| NORTON | In Hildreth v. M'Intire, 1 J.J. Marsh. 206. |
| v. | |
| SHELBY COUNTY. | Marsh v. Fulton County, 10 Wall. 676, 684. |
| Supreme Court of United States. | Wadsworth v. Supervisors, 102 U.S. 534. |
| Argued March 24, 25, 1886. Decided May 10, 1886. | Shelby County v. Butterworth, |

## CONSTITUTION PROVISIONS

Amendment IV [1791]         Amendment XIII [

Amendment IX [1791]         Amendment XIV [1868]

Amendment XII [1804]

## UNITED STATE CODE

42 U.S.C § 1985

Conspiracy to Interfer with civil Rights

Can? 1) The attorney General argue this motion with out violating 42 U.S.C § 1985 conspiracy to interfere with civil Right?

Can? 2) This facially defective senate Bill No: 182 even be argued as constitutional?

Can? 3) A Voting Ballet be given authority by a facially defective Senate Bill No: 182?

Can? 4) A defective voting application for candidacy give authority to a U.S. Senator or U.S. Congres or Judges?

Can? 5) A defective contract / license, derived from Senate Bill No: 182 be Constitutional?

Can? 6) The attorney General as a Usurper and bias entity answer this Constitutional challenge?

Can? 7) The state of Nevada have subject matter jurisdiction over any contract or licenses derived by a facially defective Senate Bill No: 182?

Can? 8) A Lawyers license have any authority when it was derived by a facially defective act S. Bill No 182?

## CONCLUSION

Therefore movant ask that the court grant the following relief:

1) Vacate sentence under defective judgement of conviction

2) Senate Bill No: 182 be removed and can no longer be enforced against anyone.

3) Any works derived from S.B. 182 committee be removed as facially defective instruments

4) "Pervailing wage", for every hour from in which I was taken.

5) Federal charges on every authority that was put on notice of this facially defective senate Bill No: 182 contracts license Voting Documents violating 42 U.S.C. § 1985.

6) Or any other relief to which Movant may be entitled.

Date  
4 26 2022

Sign [signature]  
6390 S. Surrey  
Pahrump NV 89048

 Gmail

Christopher Willing <imwillingllc@gmail.com>

## Notification Challenge for Christopher Willing
1 message

**Christopher Willing** <imwillingllc@gmail.com>
To: usdcfiling@ag.nv.gov

Tue, May 17, 2022 at 2:27 PM

Please see attached documents.

Thank you.
Chris Willing

📎 **2022 AG Notification for Chrisopher Willing.pdf**
17994K