Christopher Willing
6390 Surrey
Pahrump NV, 89048
702-510-5089
WillingChristopher747@gmail.com

☑ FILED      ___ RECEIVED
___ ENTERED   ___ SERVED ON
          COUNSEL/PARTIES OF RECORD
MAR 13 2024
CLE... ...URT
DISTRICT OF NEVADA
          DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christopher Willing
  plaintiff

vs

STATE OF NEVADA
  Defendant

2:22-cv-00795-CDS-MDC

FIRST AMENDED COMPLAINT

AFFIDAVIT:

I Christopher Willing, Pro/se depose and state the Folling findings and facts are correct under penalty of perjury To wit:

I started this action as a Constitutional challegs under, F.R. 5.1, Then got order to chang it to a 1983. So as my First Amended complaint this is a Constitutional Challengs under F.R. 5.1

I am challeging Senate Bill No 182 Committee on Finance Dated March 9, 1951. OF Being a Facially Defective Act.

1 of 7

Sec. att 1, Senate Bill No. 182

The first unconstitutional act is on line 5. SHALL BE THE THREE JUSTICE OF THE SUPREM COURT.

See at 11 Article 6 Judicial Department
11. Justices and Judges inelgible for other offices.

The Justices of the Supreme Court, are ineligible to any officer, other than a Judicial office during the term for which they have been elected or appointed. All election or appointments of any such Judges by the people, LEGISLATURE or otherwise during said period to any officer other then Judicial are VOId

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

The second unconstitutional act is on line 6 of Senate Bill No 182. see At 1 line 6
"Shall Have The Powers and Duties pricibed By this Act."

see Article 3 Distrbation of Powers
Legistative, Executive, Judicial: and no persons Charged with the exercise of powers properly belonging to one of thes departments shall exercise ony functions appertening to either of the other

The Therred unconstitutional Act - See Att 1 Line 7, and shall each recive such Salary For Ther services.

These are the unconstitutional Acts thet Moeks senate Bill no 182 Focially Defective.

<u>Remody</u>
I would Lick this court to anser the There questions

U.S. Supreme Court Opinion on focially Defective Acts

Opinion of Justice Stevens jo sn d by Justices Souter and Ginsburg. A Low That is Found to be Focially invalid is For practical purposes removed fron the books and can no longer be enforced against anyone. By contrast a low That operates unconstitutionally in only some Setlings will not usually be focially invalidanter it <u>Must</u> insted be chollenged as applled by Those agoinst whom its enforcement is unconstitutional.

Att. 1.A

S. B. 182

### SENATE BILL NO. 182—COMMITTEE ON FINANCE

MARCH 9, 1951

Referred to Committee on Finance

Summary—Establishes permanent commission on compilation of laws.

EXPLANATION—Matter in italics is new; matter in brackets [ ] is material to be omitted.

AN ACT establishing a permanent commission for the revision, compilation, annotation, and publishing of the laws of the State of Nevada and certain laws of the United States; prescribing certain duties of a temporary nature; prescribing certain duties of a permanent nature; making an appropriation therefor; and other matters properly connected therewith.

*The People of the State of Nevada, represented in Senate and Assembly, do enact as follows:*

SECTION 1. There is hereby created a commission of the State of Nevada, to be known as the "commission for revision and compilation of Nevada laws," hereinafter referred to as the commission. Such commission shall be composed of three members, and said members shall be the three justices of the supreme court. The members of such commission shall have the powers and duties prescribed by this act, and shall each receive such salary for their services as shall be prescribed by this act, and subsequent enactments. 

SEC. 2. As soon as practicable after the effective date hereof the commission shall commence the preparation of a complete revision and compilation of the constitution and the laws of the State of Nevada of general application, together with brief annotations and marginal notes to sections thereof. Such compilation when completed shall be known as "Revised Laws of Nevada_____," and the year of first publication shall be filled in the blank space of such title, for brevity such title may be cited as "Rev. Laws_____."

SEC. 3. In preparing such compilation the commission is hereby authorized to adopt such system of numbering as it deems practical, to cause said compilation to be published in such number of volumes, but such volumes shall not exceed 750 pages, as shall be deemed convenient, and to cause such volumes to be bound in loose-leaf binders of good, and so far as possible, permanent quality. The pages of such compilation shall conform in size and printing style to the pages of the Statutes of Nevada, except that if necessary for marginal notes,

(10)

Attachment 2

# The Constitution of the State of Nevada

## Article 3 Distribution of Powers

1. Three separate departments; separation of powers; legislative review of administrative regulations.

**1. Three separate departments; separation of powers; legislative review of administrative regulations.**

3 § 1   1. The powers of the Government of the State of Nevada shall be divided into three separate departments, — the Legislative, — the Executive and the Judicial; and no persons charged with the exercise of powers properly belonging to one of these departments shall exercise any functions, appertaining to either of the others, except in the cases herein expressly directed or permitted in this constitution.

2. If the legislature authorizes the adoption of regulations by an executive agency which bind persons outside the agency, the legislature may provide by law for:

(a) The review of these regulations by a legislative agency before their effective date to determine initially whether each is within the statutory authority for its adoption;

(b) The suspension by a legislative agency of any such regulation which appears to exceed that authority, until it is reviewed by a legislative body composed of members of the Senate and Assembly which is authorized to act on behalf of both houses of the legislature; and

(c) The nullification of any such regulation by a majority vote of that legislative body, whether or not the regulation was suspended.

→ ## Article 6 Judicial Department

→ 11. Justices and judges ineligible for other offices.

6 § 11   The justices of the Supreme Court, the judges of the court of appeals and the district judges are ineligible to any office, other than a judicial office, during the term for which they have been elected or appointed. All elections or appointments of any such judges by the people, Legislature or otherwise during said period to any office other than judicial are void.

NVCODE                                                    1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(7)

## Points And Authorities

ATT 3

Motion to correct illegal sentence addresses only facial legality of sentence. State v's District Court 100 Nev, 90, 97, 677, P.2d, 321 (Nev 1996)

### U.S. Supreme Court Opinion on facially Defective Acts

Opinion of Justice Stevens joined by Justices Souter and Ginsburg. A law that is found to be facially invalid is for practical purposes, removed from the books and can no longer be enforced against anyone. By contrast a law that operates unconstitutionally in only some settings will not usually be facially invalidated, it must instead be challenged as applied by those against whom its enforcement is unconstitutional.

"Bible v's Malone 68 Nev, 32, 231, P.2d 599 (1951)"
Eathers opinion Jan 15, 1951, An unconstitutional law cannot create an office. Eather with willful knowledge of this fact became the committee on finance in S.B. 182 mar. 22-1951 with Judges Badt and Merrell to overthrow the Nev. government as insurrectionists violating the 14th Amen., sec. 3

### Eathers Opinion Jan 15-1951

An unconstitutional law cannot create an office. There can be no office, either de jure or de facto if there is no office to fill, that an office attempted to be created by an

Certificate of services

I Chris Willreg, hereby Certify that I am the petitioner in this mater

on march 13, 2024 I maled ther to

Atterny General
Aren D Ford
100 N Coarsen St
Carson City NV 39701
Sent By mois

Chris J Willig
march 13, 2024