AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Chris Willing

          Plaintiff,

v.

State of Nevada

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00795-CDS-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendant and against Plaintiff. Case dismissed with Prejudice.

5/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk